IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      NO.  4:05CR00065(1)(2) JLH

COREY LAMONT TALBERT
and KIM TALBERT                                                            DEFENDANTS

## ORDER

Defendants Corey Lamont Talbert and Kim Talbert appeared before this Court for bond revocation hearings on Monday, April 10, 2006.  The government was represented by Assistant U.S. Attorney John E. Bush.  Defendant Corey Lamont Talbert appeared in person with his lawyer, R. Brannon Sloan.  Defendant Kim Talbert appeared in person with her lawyer, Lisa G. Peters.  U.S. Probation Officers Kay Aist and Debra Stansel were also present.

The Court had previously scheduled Mr. Talbert's sentencing to be held on this same date. At the inception of the hearing, the government moved for a continuance of the sentencing hearing, to which the defendant did not object.  A new sentencing date will be set by separate order.

Following testimony of witnesses presented by the government and testimony from defendant Kim Talbert, the Court finds, for the reasons set forth on the record, that defendant Corey Lamont Talbert has violated his conditions of release and presents a danger to the community.  His bond is revoked and he will be detained.  The Court does not believe that Kim Talbert is likely to present a danger to the community apart from Corey Lamont Talbert.  Defendant Kim Talbert will be allowed to remain on her present conditions of bond at this time.  The Court orders that her presentence report be expedited.

IT IS THEREFORE ORDERED that defendant Corey Lamont Talbert's bond is hereby revoked, and he shall be taken into custody immediately by the United States Marshal and detained pending sentencing.

IT IS SO ORDERED this 11th day of April, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE